**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:20-cv-02364-CEM/DCI**

**SECRET ENTERPRISES, LLC d/b/a**
**SECRETS HIDEAWAY RESORT & SPA,**
**a Florida limited liability company,**

**Plaintiff,**

**v.**

**TOPSECRET RESORTS, LLC and**
**TOPSECRET RESORT OF ORLANDO,**
**LLC, Florida limited liability companies;**
**and MICHAEL R. SPIELVOGEL and**
**PETER F. SMITH, JR., individually,**

**Defendants.**
_________________________________/

**NELLES KOSTENCKI, PLLC'S UNOPPOSED MOTION TO WITHDRAW**

NELLES KOSTENCKI, PLLC (hereinafter "the Firm") respectfully moves this Court for an Order permitting the Firm to withdraw as counsel for Defendants, TOPSECRET RESORTS, LLC, TOPSECRET RESORT OF ORLANDO, LLC (hereinafter "Topsecret Defendants"), MICHAEL R. SPIELVOGEL, and PETER SMITH, JR., to allow new counsel for the TopSecret Defendants twenty (20) days to find alternative legal counsel, to stay all activity in this action until the expiration of that 20-day period, and to terminate CM/ECF notices to the Firm once the Firm

has complied with any requirements or obligations regarding this request for withdrawal. The Firm further states:

1. Irreconcilable differences have arisen between the Firm, the TopSecret Defendants, and Spielvogel, including, without limitation, concerning their ability to satisfy the terms of their engagement of the Firm.

2. In addition, Defendant Smith was recently terminated by the TopSecret Defendants, which directed Defendant Smith to retain alternative legal counsel.

3. Because corporations can only be represented by lawyers, the TopSecret Defendants should be allowed a period of twenty (20) days from entry of an Order allowing the Firm's withdrawal to retain new legal counsel. The case should be stayed pending that time.

4. On October 14, 2021, we notified Plaintiff's counsel by email of our intention to file this Motion to Withdraw. Plaintiff's counsel does not oppose this withdrawal request.

5. Also on October 14, 2021, and on numerous prior occasions, we notified the TopSecret Defendants and Mr. Spielvogel of our intention to withdraw from the case.

6. While the TopSecret Defendants and Mr. Spielvogel do not desire the Firm to withdraw, they are not, as indicated above, able to satisfy and comply with

the terms of their engagement of the Firm, further highlighting the existing irreconcilable differences.

7. Mr. Smith, through the TopSecret Defendants and Mr. Spielvogel, was previously advised to retain alternative legal counsel to represent him.

8. For all of the foregoing reasons, the Firm should be permitted to forthwith withdraw from this case and the Court should permit the TopSecret Defendants sufficient time to retain new counsel.

9. All notices, pleadings, and correspondence in this matter should, after the Court enters its Order, be directed to the TopSecret Defendants at: TopSecret Resort of Orlando, LLC, 3155 S. John Young Parkway, Orlando, FL 32805, telephone (407) 704-3573, email: michael@topsecretresort.com; Michael Spielvogel, 6080 Masters Blvd., Orlando, FL 32819, telephone (407) 427-0411, email: innovativeplaybird@gmail.com; and Peter J. Smith, Jr., 8404 Lake Amhurst Trail, Orlando, FL 32829.

WHEREFORE, Nelles Kostencki, PLLC, respectfully requests this Court enter an Order granting this Motion permitting the Firm to withdraw as counsel for the TopSecret Defendants, Mr. Spielvogel and Mr. Smith; allow a period of twenty (20) days for new counsel for the TopSecret Defendants to enter an appearance, stay

all proceedings in this action until the expiration of that 20-day period; and terminate CM/ECF notices to the Firm upon compliance with the Court's Order on this Motion to Withdraw.

**Certificate of Local Rule 3.1 Conferral**

As indicated above, we conferred with counsel for Plaintiff, who does not oppose the Firm's Motion to Withdraw from this case.

Respectfully submitted,

By:*/s/ Matthew S. Nelles*
Matthew S. Nelles
Florida Bar No. 009245
mnelles@nklawflorida.com
E. Adriana Kostencki
Florida Bar No. 84507
akostencki@nklawflorida.com
NELLES KOSTENCKI PLLC
Corporate Center
110 E. Broward Blvd, Suite 670
Fort Lauderdale, FL 33301
Telephone: (954) 246-4800
*Attorneys for Topsecret Resorts, Spielvogel, and Smith*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2021, a true and correct copy of the foregoing was served using the Court's CM/ECF system, which will electronically serve copies on Plaintiff's counsel; and a copy of this Motion to

Withdraw was forwarded to the TopSecret Defendants, Spielvogel, and Smith by the method and manner indicated on the Service List below.

/s/ *Matthew S. Nelles*
Matthew S. Nelles

**Service List**

| | |
|---|---|
| Ava K. Doppelt, Esq.<br>Florida Bar No.: 393738<br>adoppelt@allendyer.com<br>Ryan T. Santurri<br>Florida Bar No.: 015698<br>rsanturri@allendyer.com<br>Allen Dyer Doppelt + Gilchrist, P.A.<br>255 S. Orange Ave., Suite 1401<br>PO Box 3791<br>Orlando, FL 32802-3791<br>T: 407-841-2330; F: 407-841-2343<br>*Attorneys for Plaintiff, Secret Enterprises, LLC d/b/a Secrets Hideway Resort & Spa* | Michael A. Semanie, Esq.<br>Florida Bar No.: 85386<br>MSemanie@kpsds.com<br>Frank H. Killgore, Jr., Esq.<br>Florida Bar No.: 372420<br>FHKillgore@kpsds.com<br>Killgore, Pearlman, Semanie, Denius & Squires, P.A.<br>800 N. Magnolia Avenue, Suite 1500<br>Orlando, FL 32803<br>Telephone: (407) 425-1020<br>Facsimile: (407) 839-3635<br>*Co-Counsel for Plaintiff* |
| **Via email and first class mail**:<br>TopSecret Resorts, LLC and<br>TopSecret Resort of Orlando, LLC<br>c/o Michael Spielvogel<br>3155 S. John Young Parkway<br>Orlando, FL 32805<br>Telephone 407/704-3573<br>email: michael@topsecretresort.com | **Via email and first class mail**:<br>Michael Spielvogel<br>6080 Masters Blvd.<br>Orlando, FL 32819<br>Telephone 407/427-0411<br>email: innovativeplaybird@gmail.com |
| **Via first class mail**:<br>Peter J. Smith, Jr.<br>8404 Lake Amhurst Trail<br>Orlando, FL 32829 | |