# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SECRET ENTERPRISES, LLC,**

**Plaintiff,**

**v.** **Case No: 6:20-cv-2364-CEM-DCI**

**TOPSECRET RESORTS, LLC, TOPSECRET RESORT OF ORLANDO, LLC, MICHAEL R. SPIELVOGEL and PETER F. SMITH, JR.,**

**Defendants.**

---

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Unopposed Motion to Withdraw (Doc. 37)** |
| **FILED:** | **October 14, 2021** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

On October 14, 2021, Nelles Kostencki, PLLC—the law firm employing the lawyers representing Defendants TopSecret Resorts, LLC, TopSecret Resort of Orlando, LLC, Michael R. Spielvogel, and Peter Smith, Jr. (collectively, the Affected Defendants) in this case—filed a motion for leave to withdraw. Doc. 37. Local Rule 2.02(c) governs withdrawal of counsel.

Here, Euyelit Adrianna Kostencki and Matthew S. Nelles represent the Affected Defendants in this case, but they did not seek leave to withdraw, their law firm did. The Court recognizes appearances—and withdrawals—by lawyers, not law firms. Nor does the motion

contain the required certification that the Affected Defendants consent to withdrawal or were given 14 days' notice of the request to withdraw. *See* Local Rule 2.02(c)(1)(B). Further, in the Motion, it is simply stated that Defendant Smith was terminated by his employer and directed to obtain alternative counsel—but that termination does not end counsel's obligations to their client in this case.

Accordingly, the Motion (Doc. 37) is **DENIED without prejudice**. Counsel are directed to review Local Rule 2.02, and any renewed motion must comply strictly with that rule's requirements.

**ORDERED** in Orlando, Florida on October 19, 2021.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE