**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:20-cv-02364-CEM/DCI**

**SECRET ENTERPRISES, LLC d/b/a**
**SECRETS HIDEAWAY RESORT & SPA,**
**a Florida limited liability company,**

**Plaintiff,**

**v.**

**TOPSECRET RESORTS, LLC and**
**TOPSECRET RESORT OF ORLANDO,**
**LLC, Florida limited liability companies;**
**and MICHAEL R. SPIELVOGEL and**
**PETER F. SMITH, JR., individually,**

**Defendants.**
________________________________________/

**REQUEST FOR CLARIFICATION OF NOTICE OF HEARING ON RENEWED MOTION TO WITHDRAW [ECF NO. 41]**

Matthew S. Nelles, Esq. and E. Adriana Kostencki, Esq. respectfully request clarification of the Notice of Hearing on Renewed Motion to Withdraw dated November 2, 2021, ECF No. 41, and state:

1. The Notice states that appearance is required of "all counsel seeking to withdraw."

2. Mr. Nelles and Ms. Kostencki are the only two active lawyers in the Nelles Kostencki, PLLC law firm and they reside in South Florida.

3. In addition, Mr. Nelles has a remote mediation set in another case on November 10 starting at 9:30 a.m.

4. In order to avoid having to incur the substantial expense of two attorneys traveling to the Middle District on a matter in which they will not receive payment from the client, they respectfully request clarification such that the Court will either: a) permit both of them to attend remotely by phone or zoom; or, alternatively, b) permit attendance by only one of them, who will have authority to speak for the other.

WHEREFORE, Matthew S. Nelles, Esq. and E. Adriana Kostencki, Esq., respectfully request clarification of the Notice of Hearing, ECF No. 41, as set forth herein.

Respectfully submitted,

By:/s/ *Matthew S. Nelles*
Matthew S. Nelles
Florida Bar No. 009245
mnelles@nklawflorida.com
E. Adriana Kostencki
Florida Bar No. 84507
akostencki@nklawflorida.com
NELLES KOSTENCKI PLLC
Corporate Center
110 E. Broward Blvd, Suite 670
Fort Lauderdale, FL 33301
Telephone: (954) 246-4800
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2021, a true and correct copy of the foregoing was served using the Court's CM/ECF system, which will electronically serve copies on Plaintiff's counsel; and a copy of this Motion to Withdraw was forwarded to the Affected Defendants by the method and manner indicated on the Service List below.

/s/ *Matthew S. Nelles*
Matthew S. Nelles

## Service List

| | |
|---|---|
| Ava K. Doppelt, Esq.<br>Florida Bar No.: 393738<br>adoppelt@allendyer.com<br>Ryan T. Santurri<br>Florida Bar No.: 015698<br>rsanturri@allendyer.com<br>Allen Dyer Doppelt + Gilchrist, P.A.<br>255 S. Orange Ave., Suite 1401<br>PO Box 3791<br>Orlando, FL 32802-3791<br>T: 407-841-2330; F: 407-841-2343<br>*Attorneys for Plaintiff, Secret Enterprises, LLC d/b/a Secrets Hideway Resort & Spa* | Michael A. Semanie, Esq.<br>Florida Bar No.: 85386<br>MSemanie@kpsds.com<br>Frank H. Killgore, Jr., Esq.<br>Florida Bar No.: 372420<br>FHKillgore@kpsds.com<br>Killgore, Pearlman, Semanie, Denius & Squires, P.A.<br>800 N. Magnolia Avenue, S-1500<br>Orlando, FL 32803<br>Telephone: (407) 425-1020<br>Facsimile: (407) 839-3635<br>*Co-Counsel for Plaintiff* |
| **Via email and first class mail**:<br>TopSecret Resorts, LLC and<br>TopSecret Resort of Orlando, LLC<br>c/o Michael Spielvogel<br>3155 S. John Young Parkway<br>Orlando, FL 32805<br>Telephone 407/704-3573<br>email: michael@topsecretresort.com | **Via email and first class mail**:<br>Michael Spielvogel<br>6080 Masters Blvd.<br>Orlando, FL 32819<br>Telephone 407/427-0411<br>E: innovativeplaybird@gmail.com |
| **Via email and first class mail**:<br>Peter J. Smith, Jr.<br>8404 Lake Amhurst Trail<br>Orlando, FL 32829<br>Telephone: (407) 999-6998<br>Email: peter@aahpro.com | |