UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**SECRET ENTERPRISES, LLC,**

**Plaintiff,**

**v.** **Case No. 6:20-cv-2364-CEM-DCI**

**TOPSECRET RESORTS, LLC, TOPSECRET RESORT OF ORLANDO, LLC, MICHAEL R. SPIELVOGEL and PETER F. SMITH, JR.,**

**Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | **5C** |
| **DEPUTY CLERK:** | N. Rodriguez | **COUNSEL FOR PLAINTIFF:** | Ava K. Doppelt |
| **AUDIO RECORDING:** | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Matthew S. Nelles |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | November 10, 2021<br>10:02-10:30AM<br>28 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING, Doc. 40**

Case called, appearances made, procedural setting by the Court.
Defendants Michael Spielvogel and Peter Smith, Jr. present.
Hearing held re Motion Renewed Unopposed Motion for Matthew S. Nelles and E. Adriana Kostencki to Withdraw as Attorney for TopSecret Resorts, LLC, TopSecret Resort of Orlando, LLC, Michael Spielvogel and Peter F. Smith, Jr., Doc. 40.
Court excuses Counsel for Plaintiff and Defendant Smith from the courtroom and continues in camera hearing with defense counsel, Mr. Nelles and defendant Michael Spielvogel. Mr. Spielvogel makes arguments. (10:08-10:23AM).
Counsel for Plaintiff and defendant Smith present in court, hearing continues on the record. (10:24AM)
Court places its decision on the record.
Court grants motion to withdraw.
Defendants Michael Spielvogel and Peter Smith, Jr. will proceed pro se, unless counsel is retained.
Court stays case for 90 days as to discovery, order to enter.
Court adjourned.